# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE
# KNOXVILLE DIVISION

| | |
|---|---|
| LOUISIANA MUNICIPAL RISK MANAGEMENT AGENCY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>TEAM HEALTH HOLDINGS, INC., )<br>AMERITEAM SERVICES, LLC, HCFS )<br>HEALTH CARE FINANCIAL SERVICES, )<br>LLC, and ACS PRIMARY CARE )<br>PHYSICIANS LOUISIANA PC, )<br>)<br>Defendants. ) | Case No. 3:22-cv-00104 |

## JOINT MOTION FOR ENTRY OF PROTECTIVE AND CONFIDENTIALITY ORDER

Plaintiff and Defendants, through respective undersigned counsel, hereby move jointly under Federal Rule of Civil Procedure 26 and ECF Rules 4.8 and 6 for entry of the attached Protective and Confidentiality Order. As required, the attached Protective and Confidentiality Order bears the signatures of all counsel of record in the case (all have consented to e-signature execution by the designated undersigned).

In support of this motion, the parties would show that the terms of the attached protective order are reasonably required to protect trade secrets and confidential commercial, financial, medical or other private and proprietary information, the disclosure of which would risk substantial harm to the producing party. The proposed order is similar to others routinely entered by the courts. *See, e.g., Image Point, Inc. v. Keyser Industries, Inc*., No. 3:04-CV-119, 2005 U.S. Dist. LEXIS 44727, 2005 WL 12442067 (E.D. Tenn. Feb. 10, 2005) (entering protective

and confidentiality order); *Perry v. Allstate Prop. & Cas. Ins. Co*., No. 2:18-cv-02417-cgc, 2018 U.S. Dist. LEXIS 244266 (W.D. Tenn. Dec. 31, 2018) (same).

Wherefore, the parties respectfully request that their joint motion be granted and that the proposed Protective and Confidentiality Order be entered.

Dated: October 13, 2022.

Respectfully submitted,

**BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, P.C.**

*/s/ GaryC. Shockley*
Gary C. Shockley (BPR 010104)
Caldwell G. Collins (BPR 028452)
1600 West End Avenue, Suite 2000
Nashville, Tennessee 37203
(615)726-5704 (phone)
(615)744-5704 (fax)
gshockley@bakerdonelson.com
cacollins@bakerdonelson.com

Nora A. Koffman (BPR 038025)
602 Sevier Street, Suite 300
Johnson City, TN 37604
(423)928.0181(phone)
(423)928.5694 (fax)
nkoffman@bakerdonelson.com

W. Preston Battle IV (BPR 035044)
165 Madison Avenue, Suite 2000
Memphis, TN 38103
(901)526.2000 (phone)
(901)577.2303 (fax)
pbattle@bakerdonelson.com

*Attorneys for Defendants*

*/s/ Mary Parker*
Mary Parker #06016
Parker & Crofford
5115 Maryland Way
Brentwood, TN 37027
615-244-2445 Tel
615-255-6037 Fax
mparker@parker-crofford.com

Mona L. Wallace (N.C. Bar No. 09021)*
John S. Hughes (N.C. Bar No. 22126)*
WALLACE & GRAHAM, P.A.
525 N. Main St.
Salisbury, NC 28144

704-633-5244 Telephone
mwallace@wallacegraham.com
jhughes@wallacegraham.com

Janet Varnell, Esq.*
Florida Bar No. 0071072
VARNELL AND WARWICK, P.A.
1101 E. Cumberland Ave.
Suite 201H, #105
Tampa FL 33602
Tel.: (352) 753-8600
jvarnell@vandwlaw.com

Andrew A. Lemmon*
(LA Bar #18302)
LEMMON LAW FIRM, LLC
Of counsel to Milberg, Coleman, Bryson, Phillips, Grossman, PLLC
PO Box 904 (mailing address)
15058 River Road
Hahnville, LA 70057
Tel.: 985-783-6789
andrew@lemmonlawfirm.com
alemmon@milberg.com

*pro hac vice*

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

   I hereby certify under Rule 5 of the Federal Rules of Civil Procedure that a true and exact copy of the foregoing Joint Motion for Entry of Protective and Confidentiality Order was served on the following counsel of record via operation of the Court's electronic filing system:

Mary Parker
PARKER & CROFFORD
5115 Maryland Way
Brentwood, TN 37027
mparker@parker-crofford.com

Mona L. Wallace
John S. Hughes
WALLACE & GRAHAM, P.A.
525 N. Main St.
Salisbury, NC 28144
mwallace@wallacegraham.com
jhughes@wallacegraham.com

Janet Varnell
VARNELL AND WARWICK, PA
1101 E. Cumberland Avenue
Suite 201H, #105
Tampa, FL 33602
jvarnell@vandwlaw.com

Andrew A. Lemmon
LEMMON LAW FIRM, LLC
Po Box 904 (mailing address)
15058 River Road
Hahnville, LA 70057
andrew@lemmonlawfirm.com
alemmon@milberg.com

Dated October 13, 2022.

                                                */s/ GaryC. Shockley*
                                                Attorney