UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION

| | |
|---|---|
| LA. MUN. RISK MGMT. AGENCY, | )<br>) |
| Plaintiff, | )<br>) 3:22-CV-00104-DCLC-JEM |
| v. | )<br>) |
| TEAM HEALTH HOLDINGS, INC., *et al.*, | )<br>) |
| Defendants. | )<br>) |

# JUDGMENT

This matter is before the Court on Defendants' Team Health Holdings, Inc., AmeriTeam Services, LLC, HCFS Health Care Financial Services, LLC, and ACS Primary Care Physicians Louisiana PC (collectively, "TeamHealth") Motion to Dismiss [Doc. 28] and Plaintiff Louisiana Municipal Risk Management Agency's ("LMRMA") Motion to Amend [Doc. 35]. For the reasons stated in the accompanying Memorandum Opinion and Order, TeamHealth's Motion to Dismiss [Doc. 28] is **GRANTED**, and LMRMA's Motion to Amend [Doc. 35] is **DENIED**. Accordingly, this matter is **DISMISSED WITHOUT PREJUDICE**. The Clerk is **DIRECTED** to close this case.

    **SO ORDERED:**

s/ Clifton L. Corker
United States District Judge

ENTERED AS A JUDGMENT:

s/ LeAnna Wilson
Clerk of Court